UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                          :
WILFRIDO N ARDON SALVAJAN,                :
                                          :
                            Plaintiff,    :
              -v-                         :
                                          :      24cv794(DLC)
U.S. CITIZENSHIP AND IMMIGRATION          :
SERVICES, et al.,                         :         ORDER
                                          :
                          Defendants.     :
                                          :
---------------------------------------- X

DENISE COTE, District Judge:

    This action was filed on February 2, 2024.  An Order of
April 4 directed the plaintiff to show cause why this action
should not be dismissed for failure to comply with Fed. R. Civ.
P. 4(i).  On April 8, 2024, the plaintiff filed his response to
the April 4 Order, stating that he had served U.S. Citizenship
and Immigration Services by certified mail.  The plaintiff,
however, failed to serve the United States pursuant to Rule
4(i)(1) and Rule 4(i)(2), Fed. R. Civ. P.

    The plaintiff was again directed to show cause by an Order
of April 8.  On April 12, the plaintiff filed his response,
arguing that Rule 4(i)(1) does not apply to this action because
the United States is not a defendant named herein.

    Rule 4(i)(2) states "[t]o serve a United States agency or
corporation, or a United States officer or employee sued only in
an official capacity, a party must serve the United States and

also send a copy of the summons and of the complaint by

registered or certified mail to the agency, corporation,

officer, or employee." Fed. R. Civ. P 4(i)(2) (emphasis added).

In order to serve the United States, the plaintiff was

required to

> (A)(i) <u>deliver a copy of the summons and of the complaint</u>
> <u>to the United States attorney for the district where the</u>
> <u>action is brought</u> -- or to an assistant United States
> attorney or clerical employee whom the United States
> attorney designates in a writing filed with the court clerk
> -- or

> (ii) send a copy of each by registered or certified mail to
> the civil-process clerk at the United States attorney's
> office;

and

> (B) <u>send a copy of each by registered or certified mail to</u>
> <u>the Attorney General of the United States</u> at Washington,
> D.C.

Fed. R. Civ. P. 4(i)(1) (emphasis added).

The plaintiff has failed to properly serve the United

States.  The plaintiff asks for a reasonable opportunity to

cure.  It is hereby

ORDERED that the plaintiff shall serve the United States by

May 1, 2024 or this case shall be dismissed without prejudice.

Dated:   New York, New York
         April 16, 2024

DENISE COTE
United States District Judge

2